RECEIVED

JUN - 5 2013

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| TIMOTHY GUIDRY<br>La. DOC#321539 | CIVIL ACTION NO. 00-1074 |
| VERSUS | JUDGE DOHERTY |
| BURL CAIN, WARDEN | MAGISTRATE JUDGE HANNA |

## JUDGMENT

These matters were referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and considering the objections from the parties, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly, Timothy Guidry's Motion to Appoint Counsel[Doc. 16] and his Motion for Hearing[Doc. 17] are DENIED. The Rule 60(b) motion[Doc. 14] is deemed a successive petition for habeas corpus, and it is DENIED for lack of jurisdiction and as untimely and without a basis in fact or law.

Signed this 5 day of June, 2013.

Rebecca F. Doherty
United States District Judge