RECEIVED

APR - 5 2016

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **TIMOTHY GUIDRY**<br>　**LA. DOC #321539**<br>**VS.** | **CIVIL ACTION NO. 6:00-1074**<br><br>**SECTION P**<br><br>**JUDGE DOHERTY** |
| **BURL CAIN, WARDEN LOUISIANA**<br>**STATE PENITENTIARY** | **MAGISTRATE JUDGE HANNA** |

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record including the objections filed by petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that the Motion for Relief from Judgment filed by Timothy Guidry pursuant to F.R.C.P. Rule 60(b)(6) [rec. doc. 31] is **DENIED**.

**THUS DONE AND SIGNED**, in chambers, in Lafayette, Louisiana, on this ___5___ day of ___April___, 2016.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE